COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Ronald R. Sussman (RS 0641)
Richelle Kalnit (RK 3728)

3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
John C. Dwyer

Attorneys for NVIDIA International Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
RESERVE INTERNATIONAL LIQUIDITY                                :
FUND, LTD.,                                                    :   Case No. 09 Civ. 9021 (PGG)
                                                               :
              Interpleader Plaintiff,                          :
                                                               :
       v.                                                      :
                                                               :
CAXTON INTERNATIONAL LIMITED,                                  :
VERISIGN SARL, et al.                                          :
                                                               :
              Defendants.                                      :
-------------------------------------------------------------- x

## STATEMENT OF NVIDIA INTERNATIONAL INC. CONCERNING FINAL DISTRIBUTION OF ASSETS HELD BY RESERVE INTERNATIONAL LIQUIDITY FUND, LTD.

NVIDIA International Inc. ("NVIDIA") respectfully submits this statement in connection with the Term Sheet of the Fund's Second Amended Proposed Distribution Plan.

NVIDIA redeemed its entire $130,118,034.98 investment in the Reserve International Liquidity Fund, Ltd. (the "International Fund") on September 15, 2008. At that time, the stated net asset value ("NAV") was $1.00 per share.

NVIDIA supports a final distribution plan whereby those investors who redeemed on September 15, 2008 receive the remainder of their full investments (*i.e.*, recover based on a $1.00 NAV). Such a final distribution is consistent with the International Fund's governing documents as well as the International Fund's own press releases.[1]

To the extent consistent with NVIDIA's position as stated herein, NVIDIA adopts by reference the comments, objections and statements filed by other similarly situated investors (*i.e.*, those who redeemed their full investment on September 15, 2008 but whose redemption requests were not honored).

Notwithstanding the foregoing, in light of NVIDIA's concern that litigation, including appeals, could further delay the final distribution, NVIDIA remains open to participate in settlement discussions with respect to issues concerning the final distribution of assets held by the International Fund.

---

[1] NVIDIA reserves its right to amend or supplement its statement and/or make any additional statements in connection with issues concerning the final distribution of assets held by the International Fund.

Dated: July 1, 2010
       New York, New York

                                  Respectfully submitted,

                                  By:    /s/ Ronald R. Sussman
                                           Ronald R. Sussman

                                COOLEY LLP

                                1114 Avenue of the Americas
                                New York, New York 10036
                                Telephone: (212) 479-6000
                                Facsimile: (212) 479-6275
                                Ronald R. Sussman (RS 0641)
                                Richelle Kalnit (RK 3728)

                                3175 Hanover Street
                                Palo Alto, California 94304
                                Telephone: (650) 843-5000
                                Facsimile: (650) 849-7400
                                John C. Dwyer

                                Attorneys for NVIDIA International Inc.