```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESERVE INTERNATIONAL LIQUIDITY
FUND, LTD.,

                Interpleader Plaintiff,

    v.

CAXTON INTERNATIONAL LIMITED,
VERISIGN SARL, et al.

                Defendants.

**ECF CASE**

09 Civ. 9021 (PGG)

**ORDER**

PAUL G. GARDEPHE, U.S.D.J.:

      The Court has received correspondence from the parties stating that a settlement has been reached in this case. The parties request expedited consideration of the settlement agreement and a conference to resolve State Street Bank & Trust's demand that a legal fund be reserved to indemnify it for potential future litigation. A conference will take place on Wednesday, November 17, 2010 at 10:45 a.m.

      State Street is directed to make a written submission by no later than Tuesday, November 9, 2010, setting forth why it is entitled to have a legal fund created for its sole purpose, citing legal authority supporting its position.

      Any party wishing to address State Street's written submission may do so by no later than Friday, November 12, 2010.

Dated: New York, New York
       November 5, 2010

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge